In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-14-00504-CV**
_____

**IN THE INTEREST OF M.A. AND K.A.**

**On Appeal from the 279th District Court**
**Jefferson County, Texas**
**Trial Cause No. F-188,188-B**

**MEMORANDUM OPINION**

This is an appeal from the trial court's order terminating parental rights. The notice of appeal was filed on November 17, 2014. To date, despite written notices from this Court and an opportunity to cure, the appellant has neither established indigence nor paid the appellate filing fee. *See* Tex. R. App. P. 5, 20.1. In addition, no clerk's record has been filed. The clerk responsible for preparing the record in this appeal informed the Court that appellant did not make arrangements to pay for the record.

On January 8, 2015, this Court notified the parties that the appeal would be dismissed unless appellant either provided proof of making satisfactory

1

arrangements with the trial court clerk's office to pay for the record or filed a motion that reasonably explained the need for additional time to file the record. Appellant did not respond. Accordingly, we dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 37.3(b), 42.3.

APPEAL DISMISSED.

_____
CHARLES KREGER
Justice

Submitted on February 4, 2015
Opinion Delivered February 5, 2015

Before McKeithen, C.J., Kreger and Horton, JJ.